**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**AIKEN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel.,** )<br>**DIANE BENTLEY,** )<br>)<br>      **Plaintiff,** )<br>)<br>      **v.** )<br>)<br>)<br>**AUGUSTA ONCOLOGY ASSOCIATES,** )<br>**A PROFESSIONAL CORPORATION** )<br>)<br>      **Defendant.** ) | **CA No. 1:11-CV-00384-JMC** |

**ORDER OF DISMISSAL**

The United States has moved the court for an order reopening the case for the purpose of notifying the Court of its election to intervene in this action for settlement purposes against the defendant Augusta Oncology Associates.   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act,   31 U.S.C. § 3730(b)(1), the United States and Relator Diane Bentley also filed a stipulation of dismissal as to claims against Defendant on behalf of the United States.  Upon due consideration of the Stipulation and the papers on file in this action,

    **IT IS HEREBY ORDERED** that:

        a.      The United States' and Relator's claims against the Defendant described as Covered Conduct, pursuant to and consistent with the terms and conditions of their settlement agreement are dismissed with prejudice;

        b.      The United States remaining claims are dismissed without predjucice;

c.    The dismissal shall be with prejudice as to all other claims of the  Relator against Defendant including claims for attorneys' fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d), pursuant to and consistent with the terms and conditions of this Agreement.

**IT IS FUTHER ORDERED** that all papers on file in this action including this order be unsealed.

**IT IS SO ORDERED**,

This 19th day of June 2013.


s/J. Michelle Childs
J. Michelle Childs
United States District Judge
Aiken, South Carolina